

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

July 16, 2025

<u>**BY ECF**</u>:

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    United States v. Ezzat Aloudi
                Case No.: 25-cr-00293-5
                Southern District of New York
                <u>Unopposed Letter Motion Requesting an Extension of the Deadline for the signing of Mr. Aloudi's Bond</u>

Dear District Judge Cote:

      Please be advised that I represent **Ezzat Aloudi** in the above-captioned action.

      On July 2, 2025, Your Honor set a deadline for July 16, 2025, for Mr. Aloudi to obtain two financially responsible persons to co-sign his $50,000 personal recognizance bond. We are requesting an extension of today's deadline to <u>July 25, 2025,</u> to allow for the processing of Mr. Aloudi's brother and father. The Government does not object to this request for an extension of the aforementioned deadline.

      Thank you in advance for your time and consideration in this matter.

                          Sincerely,
                          **Spodek Law Group P.C.**
                            /s/ Todd A.Spodek
                            Todd A. Spodek

*Granted.*
*Denise Cote*
*7/17/25*

cc:    All Counsel of Record (By ECF).